IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

MARK D. WUERFEL,

    Plaintiff,

v.

RICK EUGENE LATHRUM, et al.,

    Defendants.

No. CV 10-2855 NJV

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on October 1, 2010, I SERVED a true and correct copy of the attached Order (Docket No. 21), by placing said copy in a postage paid envelope addressed to the persons listed below, by depositing said envelope in the U.S. Mail.

Mark D. Wuerfel
Redwood Law Group
P.O. Box 1735
54500 Registered Guest Road
Laytonville, CA 95454

        /s/ *Chris Wolpert*
        Chris Wolpert
        Administrative Law Clerk to the
        Honorable Nandor J. Vadas

Attachment