UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| MARK D. WUERFEL,<br><br>   Plaintiff,<br><br> v.<br><br>EUGENE RICK LATHRUM, *et al.*,<br><br>   Defendants. | Case No.  C 10-03855 NJV<br><br>**CERTIFICATE OF SERVICE** |

  I, the undersigned, hereby certify that I am an employee of the U.S. District Court for the Northern District of California.  On November 24, 2010, I SERVED a true and correct copy of the Court's November 23, 2010 Order (Docket No. 30), by placing said copy in a postage paid envelope addressed to the persons listed below, and by depositing said envelope in the U.S. Mail.

Mark D. Wuerfel
Redwood Law Group
P.O. Box 1735
54500 Registered Guest Road
Laytonville, CA 95454


Dated:  November 23, 2010

                _____
                Chris Wolpert
            Administrative Law Clerk to the Honorable
                Nandor J. Vadas